**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JOSE ADRIAN GUARDADO URIAS,

Petitioner,

v.

WARDEN, *et al.*,

Respondents.

Case No. 5:26-cv-05543-JWH-DFM

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.[1] No objections were filed by the deadline. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The Report and Recommendation of the United States Magistrate Judge is **APPROVED** and **ACCEPTED**.

2. The Petition for Writ of Habeas Corpus is **DISMISSED without prejudice** for failure to exhaust administrative remedies.

3. The Administrative Procedure Act claim of Petitioner Jose Adrian Guardado Urias is **DISMISSED without prejudice** as duplicative of his habeas remedy.

4. Urias's requests for immediate release, release on bond or conditions, an injunction against re-detention, and an evidentiary hearing are **DENIED without prejudice**.

5. Judgment shall issue **DISMISSING** this action **without prejudice** with respect to all Respondents.

**IT IS SO ORDERED.**

Dated: November 23, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1] Report and Recommendation [ECF No. 12].