JS-6

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JOSE ADRIAN GUARDADO URIAS,
Petitioner,
v.
WARDEN, *et al.*,
Respondents.

Case No. 5:26-cv-05543-JWH-DFM

**JUDGMENT**

Pursuant to the "Order Accepting Report and Recommendation of United States Magistrate Judge" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Petition for Writ of Habeas Corpus is **DISMISSED without prejudice** for failure to exhaust administrative remedies.

2. The Administrative Procedure Act claim of Petitioner Jose Adrian Guardado Urias is **DISMISSED without prejudice** as duplicative.

3. This action **DISMISSED without prejudice** with respect to all Respondents.

**IT IS SO ORDERED.**

Dated: November 23, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE